THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM HAYDORN, Appellant.— Judgment affirmed. No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

MARY A. PETERS, as Administratrix, etc., Respondent, v. FORTY-SECOND STREET, MANHATTANVILLE AND ST. NICHOLAS AVENUE RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.